

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-23-00058-CV

_____

BRITTON ELKINS, APPELLANT

V.

BEACON SALES ACQUISITION, INC., APPELLEE

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2021-007293-1, Honorable Don Pierson, Presiding

October 30, 2024

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Britton Elkins, proceeding pro se, appeals from the trial court's *Final Default Judgment*.[1] On April 20, 2023, we abated this appeal after receiving notice of Elkins's bankruptcy proceedings filed in the United States Bankruptcy Court for the Southern District of Texas (*In re Britton Gill Elkins*, case number 23-30199). *See* TEX. R.

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

APP. P. 8.1, 8.2. Our order directed the parties to promptly inform the Court of the resolution of the bankruptcy proceeding or any other event authorizing reinstatement of the appeal. We later discovered that the bankruptcy court closed Elkins's case on April 22, 2024. However, neither party filed any notice with this Court.

By letter of September 18, 2024, we directed the parties to advise the Court of the status of the bankruptcy proceeding by September 30, but no response was received. We sent a second letter on October 9, 2024, again directing the parties to provide a status of the bankruptcy proceedings. In the letter, we advised Elkins that failure to do so by October 21 would result in reinstatement and dismissal of this appeal for failure to comply with a directive of the Court and a notice from the Clerk requiring a response within a specified time. *See* TEX. R. APP. P. 42.3(c). Elkins has had no further communication with the Court to date.

Accordingly, we reinstate the appeal and dismiss it due to Elkins's failure to comply with the Court's order and the Clerk's notice requiring timely action. *See* TEX. R. APP. P. 42.3(c).

Per Curiam